# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2023

*The Court of Appeals hereby passes the following order:*

## A24E0024.  JIMMI CERNA v. ERIKA CORNEJO.

In this domestic relations action, the trial court entered a "Final Order" on October 11, 2023.  Thereafter, on October 23, 2023, Jimmi Cerna filed in this Court an emergency motion, seeking an order compelling "the trial court and court reporter to produce a copy of the trial transcript of the final hearing to [Cerna] and file the original thereof with the clerk for inclusion with the record for transmission to this Court on appeal."[1]  As Cerna represents, his counsel requested and paid for a copy of the transcript, but the court reporter informed his counsel that consent from opposing counsel was required before she could prepare the transcript. Cerna represents further that opposing counsel thereafter revealed to his (Cerna's) counsel:  "It is our position that your client was not present during calendar call nor even at the beginning of the hearing, and never indicated that he would share in takedown.  As such, he is not entitled to a copy of the transcript." Cerna thus anticipates in his emergency motion that requesting relief from "the trial court would be futile."

---

[1] Cerna filed an amendment to such emergency motion on October 25, 2023.

1

Cerna's motion, as amended, fails to satisfy the standard for emergency relief set forth in Court of Appeals Rule 40 (b) or the standard for mandamus relief set forth in Court of Appeals Rule 40 (c). Accordingly, his motion, as amended, is hereby DENIED. Cerna may, however, pursue relief in the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/26/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*